FILED
2008 Apr-23 AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **Name of Offender:** | Brandon Holland Rogers |
| **Case Number:** | 2:01CR-465-JHH-RRA |
| **Name of Sentencing Judicial Officer:** | Honorable James H. Hancock |
| **Date of Original Sentence:** | March 7, 2002 |
| **Original Offense:** | 18 U.S.C.§ 2422(b) - Use of Facility of Interstate Commerce to Attempt to Entice a Minor to Engage in Sexual Activity |
| **Original Sentence:** | Custody of the Bureau of Prisons for a term of 51 months as to each of counts 1, 2, 3, 4, 5, 6, 7 and 8, each count to run concurrently with the other; Supervised release for a term of 36 months with special conditions |
| **Type of Supervision** | Supervised Release |
| **Date Supervision Commenced:** | January 18, 2006 |

## Petitioning the Court

☐ To extend the term of supervision for years, for a total term of years.

☑ To modify the conditions of supervision as follows:

**Special Conditions:**

The defendant shall participate in an approved mental health treatment program specializing in sex offender treatment under the administrative supervision of the probation officer. This program may include a psychosexual evaluation; family, group, and/or individual counseling; and psychological and clinical polygraph testing. The results of the polygraph examinations may not be used as evidence in Court for the purpose of revocation of supervision, but may be considered in a hearing to modify conditions of release. While participating in treatment, the defendant shall abide by all rules and requirements of the program. The defendant shall contribute to the cost of treatment and polygraph testing unless the probation officer determines that the defendant does not have the ability to do so.

PROB 12B  
2  Request for Modifying the  
Conditions or Terms of Supervision  
with consent of the Offender

| Name of Offender: Brandon Holland Rogers | Case Number: 2:01CR-465-JHH-RRA |
|---|---|

## CAUSE

Based on Mr. Rogers' instant offense and prior history, this officer recommends the above request for modification to assist the treatment provider in the initial assessment and maintenance of all phases of required sex offender treatment. This condition has been adopted by the Court as a special condition of supervision in this district

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 17, 2008

/s  
Eddy Fuentes  
U.S. Probation Officer  
(205) 314-0076

Approved By: /s  
Donna P. Lefebvre  
Supervising U.S. Probation Officer

**THE COURT ORDERS**

☐ No Action  
☐ The Extension of Supervision as Noted Above  
☑ The Modification of Conditions as Noted Above  
☐ Other

*James H. Hancock*  
Senior United States District Judge

April 23, 2008  
Date